UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOCIETY OF THE DIVINE WORD ) <br> Chicago Province; *et al.*, ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br>     vs. ) <br> ) <br> UNITED STATES CITIZENSHIP AND ) <br> IMMIGRATION SERVICES (USCIS), ) <br> *et al.*, ) | Civ. No. 21-3650 <br><br> Judge Robert W. Gettleman |

**PARTIES' JOINT STATUS REPORT ON THE PROGRESS OF MEDIATION**

As directed by this Court's order of November 29, 2021, the parties submit the following status report on the progress of their mediation sessions. The parties have had two mediation calls with Magistrate Judge Harjani. At the most recent call on January 13, 2022, Judge Harjani directed the parties to exchange revised settlement offer letters with the Plaintiffs' being due on February 14, 2022 and the Defendants' being due on March 15, 2022. A further settlement call is scheduled for March 31, 2022 at 10:00 a.m.

Respectfully submitted,

| | |
|---|---|
| s/Scott D. Pollock_____ <br> Attorney for the Plaintiffs <br><br> Scott D. Pollock <br> Christina J. Murdoch <br> Scott D. Pollock and Associates, P.C. <br> 105 W. Madison, Suite 2200 <br> Chicago, IL 60602 <br> Tel. (312) 444-1940 <br> Fax (312) 444-1950 <br> spollock@lawfirm1.com | BRIAN M. BOYNTON <br> Acting Assistant Attorney General <br><br><br> WILLIAM C. PEACHEY <br> Director <br> District Court Section <br> Office of Immigration Litigation <br><br> GLENN M. GIRDHARRY <br> Assistant Director |

1

2

*s/ Aaron S. Goldsmith*
Aaron S. Goldsmith
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4107
Email: aaron.goldsmith@usdoj.gov
Attorneys for Defendants
