**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SOCIETY OF THE DIVINE WORD Chicago Province; *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES (USCIS), )<br>*et al.*, )<br>)<br>Defendants. ) | Civ. No. 21-3650<br><br>Judge Robert W. Gettleman |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' REPLY BRIEF**

The Plaintiffs request that the Court strike Defendants' Reply Brief filed on Friday October 28, 2022 as untimely and in violation of Federal Rule of Civil Procedure 6(b).

The Court's Minute Entry on August 26, 2022 (Docket #44) ordered the Defendants to file their reply brief by October 21, 2022. Defendants filed their brief one week later without seeking leave to do so as required by FRCP 6(b). *See also, Ramos v. Ashcroft,* 371 F.3d 948, 949-950 (7th Cir. 2004).

The Defendants' motion also includes an amended declaration and presents arguments that mischaracterize the Plaintiffs' response to the Motion to Dismiss. In the event that the Court denies this motion or otherwise permits Defendants to file a late brief, Plaintiffs request leave to file a Surreply brief.

Respectfully submitted,


s/Scott D. Pollock_____
Scott D. Pollock
Attorney for the Plaintiffs

Scott D. Pollock
Christina J. Murdoch
Scott D. Pollock & Associates, P.C.
105 W. Madison St., Suite 2200
Chicago, IL 60602
Tel. (312) 444-1940
Fax (312) 444-1950
spollock@lawfirm1.com

Stephen L. Tyma
Law Offices of Stephen L. Tyma, P.C.
105 W. Madison St., Suite 2200
Chicago, IL 60602
Tel. (312) 372-3920
Fax (312) 372-3780
styma@tymalaw.com