IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOCIETY OF THE DIVINE WORD, Chicago Province; NATIONAL SPIRITUAL ASSEMBLY OF THE BAHA'IS IN THE UNITED STATES; ILLINOIS GREAT RIVERS CONFERENCE OF THE UNITED METHODIST CHURCH; PONTIFICAL INSTITUTE FOR FOREIGN MISSIONS; BROWN MISSIONARY BAPTIST CHURCH; INDIA HERITAGE FOUNDATION, NJ/NY INC.; BAPTIST MID-MISSIONS; GENERAL SECRETARIAT OF THE FRANCSICAN MISSIONS, INC.; THE ROMAN CATHOLIC DIOCESE OF DES MOINES; FIRST BAPTIST CHURCH OF KALAMAZOO; GRACE-TRINITY UNITED CHURCH OF CHRIST; BIRMINGHAM CHINESE CHRISTAIN CHURCH; DIOCESE OF PEORIA, ILLINOIS; MISSIONARY SISTERS SERVANTS OF THE HOLY SPIRIT; ALGOOD BAPTIST CHURCH, D/B/A CHURCH ON A HILL; EVANGELICAL LUTHERAN CHURCH OF AMERICA (ELCA), INDIANA-KENTUCKY SYNOD; & EVANGELICAL LUTHERAN CHURCH OF AMERICA (ELCA), NEW JERSEY SYNOD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; and DONNA P. CAMPAGNOLO, Director, USCIS California Service Center (CSC), <br><br> Defendants. | Case No. 21 C 3650 <br> Judge Robert W. Gettleman |

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):
    ☐    in favor of plaintiff(s)
        and against defendant(s)
    in the amount of $
               which ☐ includes    pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☒ in favor of Defendant (s) UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; and DONNA P. CAMPAGNOLO, Director, USCIS California Service Center (CSC),

and against Plaintiff (s) SOCIETY OF THE DIVINE WORD, Chicago Province; NATIONAL SPIRITUAL ASSEMBLY OF THE BAHA'IS IN THE UNITED STATES; ILLINOIS GREAT RIVERS CONFERENCE OF THE UNITED METHODIST CHURCH; PONTIFICAL INSTITUTE FOR FOREIGN MISSIONS; BROWN MISSIONARY BAPTIST CHURCH; INDIA HERITAGE FOUNDATION, NJ/NY INC.; BAPTIST MID-MISSIONS; GENERAL SECRETARIAT OF THE FRANCSICAN MISSIONS, INC.; THE ROMAN CATHOLIC DIOCESE OF DES MOINES; FIRST BAPTIST CHURCH OF KALAMAZOO; GRACE-TRINITY UNITED CHURCH OF CHRIST; BIRMINGHAM CHINESE CHRISTAIN CHURCH; DIOCESE OF PEORIA, ILLINOIS; MISSIONARY SISTERS SERVANTS OF THE HOLY SPIRIT; ALGOOD BAPTIST CHURCH, D/B/A CHURCH ON A HILL; EVANGELICAL LUTHERAN CHURCH OF AMERICA (ELCA), INDIANA-KENTUCKY SYNOD; & EVANGELICAL LUTHERAN CHURCH OF AMERICA (ELCA), NEW JERSEY SYNOD,

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date:  7/20/2023                                  Thomas G. Bruton, Clerk of Court

                                                  Claire E. Newman, Deputy Clerk