

# UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

Date: 9/12/23

Re: Society of the Divine Word Ch
USDC Case Number: 21cv3650
Judge: Robert W. Gettleman

The attached copy of the Notice of Appeal is being mailed to all parties pursuant to F.R.A.P.3(d). Circuit Rule 10 provides that the entire record be electronically accessible to the Court of Appeals. Counsel must ensure that Trial Exhibits to be included in the record which are not listed on the District Court docket and/or in the possession of the District Court Clerk are furnished to the Clerk on or before 9/22/23                            , together with an exhibit list.

F.R.A.P. 10(b) requires that within fourteen (14) days of the filing of the Notice of Appeal, the appellant order a transcript of such parts of the proceedings not already on file which he/she deems necessary for the record. Should appellant order less than the entire transcript, he/she is required to file and serve on appellee a description of the parts he/she intends to order. Under such circumstances, appellee has fourteen (14) days after service within which to order any additional parts of the transcript.

In the event it becomes necessary to supplement, modify, correct, or strike documents that are to be considered as part of the record on appeal, a court order must be issued and sent to the Court of Appeals.

Sincerely yours,
Thomas G. Bruton, Clerk
By: /s/ A. Ellis
Deputy Clerk

Enclosure

Rev. 06/20/2018